PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Louis Coston                                      Cr.: 16-00385-001
                                                                    PACTS #: 1516451

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/07/2020

Original Offense:   Distribution and Possession with Intent to Distribute Heroin, 21 U.S.C., Section
                    841(a) and (b)(1)(C)

Original Sentence: 84 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing/Treatment, Prohibition on Gangs/Criminal Association, Life Skills Counseling, Support Dependents

Type of Supervision: Supervised Release                Date Supervision Commenced: 04/23/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On October 27, 2021, the Individual Under Supervision (IUS) provided a urine sample that tested positive for THC. He has signed an admission form admitting to using marijuana on October 20, 2021. |

Prob 12A – page 2
Louis Coston

U.S. Probation Officer Action:

The probation officer issued the IUS a verbal reprimand and discussed with him the potential consequences of his actions. At this time, it is requested no further action be taken by the Court. The IUS has been employed since his release from prison and he is enrolled in college where he is taking business courses and welding classes. At this time, no treatment is being recommended for the IUS. If the IUS continues to use marijuana the Court will be notified and a referral for treatment will be made.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Patrick T. Hattersley*

By:   PATRICK HATTERSLEY
        Senior U.S. Probation Officer

/ ph

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.10.29 12:20:58 -04'00'

LUIS R. GONZALEZ                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date